**McGuireWoods LLP**
Matthew C. Kane, Esq. (SBN 171829)
   Email: mkane@mcguirewoods.com
Michelle R. Walker, Esq. (SBN 167375)
   Email: mwalker@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
   Email: bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
   Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendants
BANK OF AMERICA NATIONAL ASSOCIATION
and CHI WAI LEUNG a/k/a and sued herein as ERIC LEUNG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ZHOU, an individual, | **CASE NO.: 09-04016 JSW** |
| Plaintiff, | **DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** ; ORDER |
| vs. | |
| BANK OF AMERICA NATIONAL ASSOCIATION, a Corporation, ERIC LEUNG, an individual, and DOES 1-25, inclusive, | **[L.R. 16-10]** |
| Defendants. | **CMC Date:** December 18, 2009<br>**Time:** 1:30 p.m.<br>**Courtroom:** 11 |

---

DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO PARTICIPATE IN CASE MANAGEMENT
CONFERENCE BY TELEPHONE

**TO THE HON. JEFFREY S. WHITE, UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA:**

Defendant BANK OF AMERICA NATIONAL ASSOCIATION and CHI WAI LEUNG (aka and sued herein as "Eric Leung") (collectively "Defendants"), hereby request pursuant to L.R. 16-10(a) that its lead trial counsel in this action, Michelle R. Walker, Esq., be allowed to participate in the Case Management Conference scheduled in this action on December 18, 2007, by telephone.

DATED: December 4, 2009            MCGUIREWOODS LLP

By: /s/ Michelle R. Walker
    Michelle R. Walker
    Matthew C. Kane
    Bethany Pelliconi
    Sylvia J. Kim

    Attorneys for Defendants
    BANK OF AMERICA NATIONAL
    ASSOCIATION and CHI WAI LEUNG

The request to appear by telephone is DENIED. Defendants are admonished that all future requests to the Court shall be accompanied by a proposed order.

Dated: December 7, 2009

IT IS SO ORDERED
Jeffrey S. White
Judge Jeffrey S. White

2
DEFENDANTS' REQUEST FOR LEAD TRIAL COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE